COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re J-M Manufacturing Company, Inc.

Appellate case number:    01-21-00308-CV

Trial court case number:   2018-10109

Trial court:               270th District Court of Harris County

On June 10, 2021, relator, J-M Manufacturing Company, Inc., filed a petition for a writ of mandamus challenging the trial court's denial of its motion for a certified court reporter, in which relator requested that "all trial proceedings . . . be reported by a certified court reporter." Relator's petition further requests that this Court issue a writ of mandamus "commanding [the trial court] to order the [] official court reporter to make a complete record of all proceedings." *See* TEX. GOV'T CODE ANN. § 52.046(a)(1) ("On request, an official court reporter shall attend all sessions of the court."); *In re Larkin*, 516 S.W.3d 583, 584–85 (Tex. App.—Houston [1st Dist.] 2017, orig. proceeding) ("upon request" of party, Texas Government Code "requires" official court reporter to record trial proceedings).

In conjunction with its petition for writ of mandamus, relator also filed a "Motion for Emergency Temporary Relief," requesting a stay of all trial court proceedings pending this Court's resolution of its petition for writ of mandamus. According to relator's mandamus petition and motion for emergency relief, trial of the underlying litigation is currently proceeding "utilizing only a digital recording device," despite the request by relator for a court reporter to "make a complete record" of the trial proceedings.

Relator's motion for emergency temporary relief is **granted**. All proceedings in trial court case number 2018-10109 are **stayed**. The stay is effective until disposition of relator's petition for writ of mandamus or further order of this Court.

The Court further requests a response to the petition for writ of mandamus from real parties in interest. **The response(s), if any, must be filed with this Court on or before June 18, 2021.**

It is so ORDERED.


Judge's signature: <u>Justice April Farris</u>

        ☑ Acting individually    ☐ Acting for the Court


Date: <u>June 11, 2021</u>